Thomas Sherlock, Appellant, vs. William P. Couper and Fannie D. Conant in her own right and as Executrix of the last will of Sherman Conant, deceased, Appellees.

Appellate Practice—Parties to Appeals—Joint Defendants Must be Parties.

Where a decree is a joint one against two or more parties, affecting them all jointly, all of them must be made parties to an appeal therefrom; and when one of such necessary parties is omitted from the appeal, and does not appear in the appellate court, such appeal will be dismissed.

Appeal from the Circuit Court for Polk County.

The facts in the case are stated in the opinion of the Court.

*P. O. Knight, J. B. Wall, John A. Henderson and Geo. P. Raney,* for Appellant.

*John C. Cooper,* for Appellees.

Per Curiam.:

This cause coming on for final consideration in its

regular order on the docket, and it appearing to the court that the decree appealed from is a joint one in favor of W. P. Couper, Fannie D. Conant in her own right and as executrix of the last will of Sherman Conant, deceased, and M. O. Arnold, and against the appellant, and M. O. Arnold not being made a party to the appeal, either as appellant or appellee, and not having appeared in any manner in this court, and said M. O. Arnold being a necessary party to the appeal, the said appeal is, therefore, hereby dismissed at the cost of the appellant.